THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. CR25-117-JNW |
| Plaintiff, | ) | CR11-335-JNW |
| v. | ) | ORDER TO AMEND JUDGMENTS |
| LEIF O'NEIL CHRISTENSEN, | ) | |
| Defendant. | ) | |

THE COURT has considered Leif O'Neil Christensen's unopposed motion to amend the judgments filed in case nos. CR25-117-JNW and CR11-335-JNW along with the records in these cases.

IT IS ORDERED that the judgments be amended to recommend the BOP provide sex offender treatment and designate FCI Sheridan.

DATED this 16th day of December 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mukund Rathi*
Assistant Federal Public Defender
Attorney for Leif O'Neil Christensen

ORDER TO AMEND JUDGMENTS
(*US v. Christensen*, CR25-117-JNW & CR11-335-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100